UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAROLYN WRIGHT,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GEORGIA STUDENT FINANCE COMMISSION, et al,<br><br>　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:23-cv-00410-TRJ |

## J U D G M E N T

This action having come before the court, Honorable Tiffany R. Johnson, United States District Judge, for consideration of Defendant's motion for summary judgment and the court having previously granted motion to remove certain defendant's and the court having granting said motion, it is

**Ordered and Adjudged** that the action be **DISMISSED**.

Dated at Atlanta, Georgia, this 17th day of March, 2025.

　　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　　CLERK OF COURT


　　　　　　　　　　　　　　　　By:　　s/ D. Salpeter
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerks Office
March 17, 2025
Kevin P. Weimer
Clerk of Court

By:　s/ D. Salpeter
　　　　Deputy Clerk